**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| IN RE:<br><br>MTN, INC.,<br><br>    Debtor. | NO. 17-11640<br><br>TRUSTEE'S MOTION FOR APPROVAL OF SALE OF ASSETS AT RENTON LOCATION |

  The Chapter 7 Trustee Virginia Burdette, through her counsel, moves the Court for an order authorizing the sale of all of the Debtor's restaurant furniture, equipment, fixtures, goods, inventory, lease improvements, and related tangible property of the bankruptcy estate located at the Debtor's former business premises at 15279 Maple Valley Highway, Renton, Washington (collectively, the "Assets"), to Cedar River Station, LLC, the owner of the Renton location property and the Debtor's lessor at that location. The purchase price shall be $25,000 cash plus waiver by the landlord of any claim in the bankruptcy estate including any cost of administration claim for unpaid postpetition rent.

  The Trustee has pending for hearing on June 21 a motion for authority to sell at auction the Debtor's equipment and furnishings at four former business locations including Renton. That motion states that notwithstanding the request for an auction, the Trustee remained in discussions regarding a possible offer to purchase all assets at Renton. Since that motion was filed, the Trustee has come to an agreement for sale of that equipment.

TRUSTEE'S MOTION - Page 1 of 3

WENOKUR RIORDAN PLLC
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

While the Trustee is only able to predict a range of possible outcomes as to the amount of proceeds that could be realized upon sale of the Assets at auction, the Trustee believes that the proposed price of $25,000 could equal or exceed the net amount available to creditors after costs of sale and after consideration of the landlord's creditor's claim. A sale for a fixed price provides certainty for the Estate.

Since her appointment, the Trustee has received a number of inquiries and has made the location available for viewing by potentially interested restaurant operators / purchasers of equipment. Despite effort, no other person has made an offer to purchase the Assets and take an assignment of the Renton lease.

The status of secured claims against any of the Assets is unclear. The Debtor's Chapter 11 bankruptcy schedules did not accurately identify either secured creditors or the collateral subject to security interests. The Debtor has stated that it is unable to do so following conversion of this case because its information was stored online but access to that information has been denied for nonpayment of invoices. The Trustee is attempting to get this information but does not have it as of the date of this Motion.

The proposed sale at auction is in any event to be free and clear of liens and encumbrances, pursuant to 11 USC § 363(f), with any such liens and encumbrances to attach to the proceeds of sale.

The Trustee has pending for hearing on July 21 a motion to reject the lease for the Renton business premises. The Trustee intends to go forward with that request.

For the foregoing reasons, the Trustee requests that the Court grant this Motion and approve the proposed sale.

TRUSTEE'S MOTION - Page 2 of 3

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 17-11640-TWD    Doc 166    Filed 07/07/17    Ent. 07/07/17 12:18:20    Pg. 2 of 3

DATED July 7, 2017.

WENOKUR RIORDAN PLLC

*/s/ Alan J. Wenokur*
_____
Alan J. Wenokur, WSBA # 13679
Attorney for Trustee

WENOKUR RIORDAN PLLC
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)